UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KANESHIA BELL,**

                **Plaintiff,**

                                        Case No. 23-CV-1161

    v.

**THE KROGER CO.,**

                **Defendant.**

---

## MEDIATION MINUTES AND ORDER RETURNING CASE

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** April 29, 2024

**Time Commenced:** 9:30 a.m.    **Time Concluded:** 11:13 a.m.

| **Appearances:** | **Plaintiff:** | Kaneshia Bell, Plaintiff (via Zoom)<br>B'Ivory LaMarr, Counsel for Plaintiff (via Zoom)<br>Charles Tucker, Jr., Counsel for Plaintiff (via Zoom) |
|---|---|---|
| | **Defendant:** | Nicole Fickau, Division HR Leader for Defendant (via Zoom)<br>Zachary Weber, Corporate Counsel for Defendant (via Zoom)<br>Laurie A. Petersen, Counsel for Defendant (via Zoom) |

**Comments:** Mediation held on April 29, 2024. Mediation resulted in resolution of the plaintiff's claims. The court should expect a stipulation of dismissal in approximately 30 days. The case is returned to the Honorable Judge Lynn Adelman for further processing. The case is no longer referred.